**E-FILED on**    11/9/12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THAO PHAM<br><br>      Plaintiff,<br><br>     v.<br><br>SOLACE FINANCIAL, LLC,<br><br>      Defendant. | No. C-12-02413 RMW<br><br>JUDGMENT |

     On November 9, 2012, the court granted defendant's motion for summary judgment. Accordingly, the court enters judgment in favor of defendant and against plaintiff Thao Pham. Pham shall take nothing by way of his complaint. Judgement is hereby entered in favor of defendant.

DATED:   November 9, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-12-02413 RMW